SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE

| ADMINISTRATION PROCEEDING, Estate of Daniel T. Prude, <br><br> a/k/a <br><br><br> Deceased. | NO. 2020-1616 <br><br> AFFIDAVIT OF JOE PRUDE |
|---|---|

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF MONROE  )

JOE PRUDE, being duly sworn deposes and says:

1. I reside at 50 Child Street, Rochester, New York. I am not a party to this lawsuit. I am more than 18 years old.

2. I give this affidavit regarding the estate of Daniel T. Prude.

3. Joe Louis Cole is Daniel T. Prude's father, and the sole distributee of the estate of Daniel T. Prude.

4. Daniel T. Prude was my younger brother.

5. Daniel T. Prude and I have one sister, Tameshay Prude, the proposed administrator of the estate of Daniel T. Prude.

6. Joe Louis Cole was also my father and the father of Tameshay Prude.

7. Dorothy Jean Prude was the mother of Daniel T. Prude, Tameshay Prude and me.

8. Dorothy Jean Prude died on January 16, 2009.

9. I have known Daniel T. Prude my entire life. We had a close relationship. We frequently visited each other and spoke on the telephone. We shared the most intimate parts of our lives with each other.

10. No other distributes exist or could possibly exist.

11. Daniel T. Prude was never married.

12. Daniel T. Prude had no issue.

    Dated: Rochester, New York,
          August 20, 2020

                                                _____
                                                JOE PRUDE

Sworn or affirmed to me this 20
day of August 2020

_____
Notary Public

        Sara Buchiere
  Notary Public, State of New York
       No. 01BU6377447
    Qualified in Monroe County
  Commission Expires July 2, 2022

2