SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE

| | |
|---|---|
| ADMINISTRATION PROCEEDING, Estate of Daniel T. Prude,<br><br>a/k/a<br><br><br><div align="center">Deceased.</div> | NO. 2020-1616<br><br>**AFFIRMATION OF ELLIOT SHIELDS** |

Elliot Dolby Shields, an attorney duly admitted to practice law before the courts of the State of New York, affirms the following under penalty of perjury, pursuant to CPLR §2106:

1. I am not a party to this lawsuit. I am more than 18 years old.

2. I am associated with Roth & Roth, LLP, co-counsel with Easton Thompson Kasperek Shiffrin LLP for Tameshay Prude, as proposed administrator of the Estate of Daniel T. Prude.

3. No probate or administration proceeding has been or will be filed in any other jurisdiction.

4. Decedent resided in Chicago, Illinois, where he lived with his sister, the proposed administrator, Tameshay Prude.

5. Decedent has no known property or assets or have any assets in Chicago, Illinois.

6. On March 22, 2020, decedent came to Rochester, New York to visit his brother, Joe Prude.

7. On March 23, 2020, decedent was killed during an interaction with several Rochester Police Department officers.

8. On July 27, 2020, Tameshay Prude, as proposed administrator of the estate of Daniel T. Prude, served a Notice of Claim on the City of Rochester regarding a potential wrongful death action.

9. This potential wrongful death action is the only known asset of decedent's estate.

10. Under the Illinois intestacy statute, 755 ILCS 5, Probate Act of 1975, where a deceased person is only survived by parents or siblings, the parents and siblings equally inherit the estate; however, if one parent is deceased, the other parent receives a double share of the estate.

11. Here, decedent was survived by his father, Joe Louis Cole, his brother, Joe Prude, and his sister, Tameshay Prude. Decedent's mother predeceased him.

12. Thus, under Illinois law, there would be three distributees of decedent's estate: his father, Joe Lous Cole, who would inherit one-half of the estate; his brother, Joe Prude, who would inherit one-quarter of the estate; and his sister, Tameshay Prude, the proposed administrator, would inherit one-quarter of the estate.

Dated: New York, NY
        August 20, 2020

Elliot Dolby Shields