## City of Rochester Records Access Application

### Personal Information

This information will only be used to contact you regarding your request.

**Date**
4/3/2020

**Request Number**
RR20-01479

| | |
|---|---|
| **First Name** * | **Last Name** * |
| Elliot | Shields |
| **Email** | **Confirm Email** |
| eshields@rothandrothlaw.com | eshields@rothandrothlaw.com |
| **Firm or Organization** | **Country** |
| Roth & Roth LLP | United States |

**Mailing Address or P.O. Box** *
Roth & Roth, LLP, 192 Lexington Avenue, Suite 802

**Address Line 2**

| | | |
|---|---|---|
| **City** * | **State / Province / Region** * | **Zip / Postal Code** * |
| New York | NY | 10016 |
| **Home Phone** | **Mobile Phone** | |
| **Work Phone** | **Fax** | |

### Request Details

**Primary Record/Incident Type** *
What does this mean?

Police

**What date or date range did this happen?**

On or About         03/23/2020

**What time or time range did this happen?**

At                  03:00AM

#### Where did it happen?
**Property or Incident address associated with the record**

#### Additional References
Optional - e.g. local code number, insurance claim number, police/fire report number, accident report number, etc.

**Special characters such as smiley faces should not be entered.**

**Brief Description of Request** *

BWC recording and all documentation of incident involving Daniel Prude

**Describe Your Request in Detail** *

Please include any additional information that will help us locate your records. Examples include the specific type of records requested, names or descriptions of individuals or officers involved, dates of birth. If you need more space, please attach your request description as a PDF or Word document using the Upload button below.

This is a request for all Body Worn Camera (BWC) recordings and other records related to the incident between members of the RPD and Daniel Prude on or about March 23, 2020 at approximately 3:00 a.m.

The incident is believed to have occurred on Jefferson Avenue. Officers apparently used force against Mr. Prude and then transported him to Strong memorial Hospital, where he died.

The incident is depicted, in part, on a video posted here:
https://www.facebook.com/frederico.krueger.35/videos/pcb.251848249544753/251847842878127/?type=3&theater

Produce all records related to this incident, including but not limited to:
1 - All BWC recordings;
2 - All 911 call recordings and transcripts;
3 - all communications by any RPD Officers and/or City employees related to this incident, including communications made via their vehicles' Mobile Data Computer (MDC) and/or the Computer Aided Dispatch (CAD) system.
4 - Copies of all CAD reports / print-outs related to the incident;
5 - all arrest reports;
6 - all subject resistance reports;
7 - All "Rough Notes" or any other handwritten notes related to the incident;
8 - All records related to Mr. Prude's death;
9 - Color copies of any photographs related to this incident;
10 - All witness statements / Supporting Depositions;
11 - All incident reports; and
12 - All other records containing factual data related to the incident.

Thank you.

**Attach supporting documentation (if applicable)**

**Preferred method of record delivery** *
**(Subject to Limitations)**

- ⦿ Email
- ○ Inspect in-person at City Hall (Room 202A)
- ○ Pick up copies at City Hall (Room 202A)
- ○ Mail
- ○ Fax