# Elliot Shields

| | |
|---|---|
| **From:** | Elliot Shields |
| **Sent:** | Thursday, May 28, 2020 9:06 PM |
| **To:** | Prince, Stephanie A.; Mitchell, Shani C. |
| **Cc:** | David Roth; Donald Thompson; Audra Roth |
| **Subject:** | Appeal of Constructive Denial of RR20-01479 |
| **Attachments:** | City of Rochester Records Access Application.pdf |

Dear Stephanie and Shani,

I hope you are staying safe and healthy. I am writing to appeal the constructive denial of the attached FOIL request. It has been nearly two months and I have not received any communications related to this request.

Please immediately provide all the requested body worn camera recordings and other records requested.

Thank you,

Elliot

**From:** requestnoreply@cityofrochester.gov <requestnoreply@cityofrochester.gov>
**Sent:** Friday, April 3, 2020 10:30 AM
**To:** Elliot Shields <eshields@rothandrothlaw.com>
**Subject:** City of Rochester FOIL Request Submission - RR20-01479

Dear Elliot Shields,

Your Freedom of Information Law (FOIL) request for "BWC recording and all documentation of incident involving Daniel Prude" has been received by the City of Rochester.

Your request is currently being processed. The City will supply either the requested material or an updated response within approximately 20 business days. We will notify you in writing should additional time be needed.

This request has been assigned FOIL #RR20-01479. Please refer to this number when making any inquiries regarding this request.

Click here to check on the status of your request.

Sincerely,

Justin Roj
Records Access Officer