**On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows:**

| | |
|---|---|
| Name of Decedent: | **Daniel T Prude** <br> AKA **Daniel Prude** |
| | File #: **2020-1616** <br> Date of Death: **March 30, 2020** |

Domicile of Decedent: **County Of Monroe**

Fiduciary Appointed: **Tameshay Prude**
Mailing Address  8102 South Loomis Blvd.
Apt. 1
Chicago IL  60620

Letters Issued:   **LETTERS OF ADMINISTRATION WITH LIMITATIONS**

Limitations:   Pursuant to EPTL 5-4.6, the personal representative of the estate shall petition the Surrogate's Court for allocation and distribution of any recovery in wrongful death.  The attorney of record and the personal representative for the estate shall finally settle the estate within 60 days of the date of the Surrogate's decree compromising the wrongful death action.

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated:  August 24, 2020



IN TESTIMONY WHEREOF,  the seal of the Monroe County Surrogate's Court has been affixed.

WITNESS, Hon John M Owens, Judge of the Monroe County Surrogate's Court.

_____
Hon. John M Owens

*These Letters are Not Valid Without the Raised Seal of the Monroe County Surrogate's Court*

**Attorney:**
**Elliot Dolby-Shields**
**Roth & Roth LLP**
192 Lexington Avenue Suite 802
New York NY  10016