0    7:28:28PM                                                                              Page 1 of 1

## Paul L. Murphy & Sons
### Funeral Home
127 East Miller Street    (315 331-3255)    Newark, N.Y. 14513

Name of Deceased _Daniel Prude_

Cremation _____ _Open_
          (Scheduled Date)           (Location)

Manner of Disposition of Cremains:
{ } Burial at _____
{ } Entombment at _____
{ } Return to Family
{ } Other (specify) _Family will pick up at (time a)_

I hereby designate the Disposition of Cremains and acknowledge receipt of a copy of this form:

✓ (Signature) _Juneiva Prude_
  (Printed Name)
                                                     (Relationship to deceased)
✓ (Address) _or Tameshay Prude_

"Cremains which shall not have been claimed within 120 days from the date of cremation may be disposed of by this firm, in the following Manner,
(Manner of disposition) _in accordance with NYS Public Health Law 4202_ "

_David P. Murphy_                    _D.P.M._
(Printed name of Funeral Director)    (Signature of Funeral Director)

---TO BE COMPLETED FOLLOWING CREMATION AND DISPOSITION OF REMAINS---

Cremation _____
          (Actual Date)              (Location of Crematory)

Disposition of Cremains:
                    _____
                    (Manner of Disposition)
                    _____
                    (Location)                (Date)

Name of Person Making Disposition    Signature                Date

I hereby acknowledge that on _____
I took possession of the cremains of _____
                                      (Name of Deceased)

(Signature of Person Receiving Cremains)        (Printed Name)

(Full Address)

---

### DIRECTIONS TO MAIL CREMATED REMAINS

1. **PARTIES:**

"FUNERAL HOME": Auxiliadora Funeral Home
                (Name of Funeral Home)

"REPRESENTATIVE": _Peter Morgan_
(Use Reverse Side            (Name of Representative)
for Additional Names)