

...sionary Baptist C... personal Savior in he... loving and acceptable G... with her two boys.

Dorothy was a dedicated and loving mother and grandmother who shared her love and smiles with all her children and even those who were not her children, she raised many of us and showed us how to be women and men without ever sugar-coating anything.

She moved to Chicago, Illinois in 1969 and went to Shepherd Elementary School and from there she went to Harrison High School and received her GED Certificate.

Dorothy Jean Prude went home to be with God on Friday, January 16, 2009 at 3:10 p.m. in UIC Hospital. She went home with loving memories and a spirit to be with her two sons who preceded her in death; Timothy and Byron. She leaves to cherish her precious memories; two sons, Daniel (Rell), Joe (Scoop); one daughter, Tameshaw (Tammy); her parents, Johnnie Lou and David Lee and step-father, J.B. Hubbard; one brother, David Prude; one step-sister, Betty Prey of Greenwood, Mississippi; ten grandsons, Dantrail, Lil Byron, Jemari, Derryon, Armin, Rel-Rel, Tyshawn, Camari, Dekimeon, and Natedaniel; five granddaughters, Tahtianna, Junera, Tashyra, Sharell, Amari; two nieces, Shelena, Waquila; three nephews, Jamal, Omar, David, Jr.; and a host of other relatives and friends.

*"I am the resurrection and the life; he that believeth in me, though he were dead, yet shall he live. And whosoever liveth and believeth in me shall never die".*