> Hey Uncle Scoop. How u feeling?

*Tue, Mar 31, 9:02 PM*

Not good babygirl

I feel bad about my brother

> We all do. But at this point we gotta think about what's best for him. I keep trying to think positive. All I think about is my daddy.

I do to baby ur daddy was my heart

> Yeah mine too. This is a hard process

*Wed, Apr 22, 10:44 AM*

> U here?