**Tete Tammy >**

Good morning i was sleep Stank I'm doing good & u

Mon, Apr 27, 10:26 AM

Good morning and that's good I'm doing ok just taking it day by day

Mon, Apr 27, 11:42 AM

Yeah that's all we can do. Love u

Yeah I know and I love u too

Sat, May 2, 12:49 PM

Hey tete how u doing ? I been working sooo much ima be off next weekend ima come see u

Ok I'm good & u niece have u heard anything about ur Daddy ashes because he told me he sent them 2 the funeral home where Londa work

Mon, May 4, 2:13 PM

Hey tete I talked to scoop today he told me he was going to keep me posted about the case ..he seems like he taking the death well too