CY

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE

---

In the matter of the Administration Proceeding,    **ORDER TO SHOW CAUSE**

Estate of Daniel Prude,    File No. 2020-1616/B

                          Deceased.

---

      UPON reading the annexed Joint Petition of Junera Prude and Tashyra Prude, the affirmation of David Stern, Esq. dated September 15, 2020 sworn to and verified on September 10th 2020, and ~~upon~~ the Decree Granting ~~Administration With Limitations~~ with limitations granting Letters of Administration to Tameshay Prude; dated August 24, 2020; it is hereby ORDERED that

~~NOW, let~~ the Administrator, Tameshay Prude, show cause before this Court on October ~~September~~ 8, 2020 at 9:30 o'clock am/pm why a Decree should not be issued pursuant to Surrogate's Court Procedures Act §711(4), and §719(10) revoking the appointment of Tameshay Prude as Administrator of the Estate of Daniel Prude; and it is further

~~AND, it is further~~ Ordered, that pending further Order of this Court the Letters of Administration of Tameshay Prude are suspended and Tameshay Prude is enjoined from engaging in any further action towards pursuing a Wrongful Death Claim on behalf of the Decedent's Estate; and it is further

*Ordered that copies*

~~AND let a cop~~y of this Order and the supporting papers upon which it is made *no later than 3 days prior to the return date via* be served ∧ by electronic mail on Elliott Shields, Esq. as Tameshay Prude's personal attorney at eshields@rothandrothlaw.com and also by ~~first-class U.S. Mail and certifi~~ed *overnight or hand delivery*

~~mail return receipt requested~~ to Tameshay Prude at her home address of 8102 South Loomis Blvd., Apt 1, Chicago, Illinois 60620 and to Joe Louis Cole by ~~first-class~~ U.S. *overnight or hand delivery* ~~Mail and certified mail return receipt requested~~ to his home address of 8102 South Loomis Blvd., Apt 1, Chicago, Illinois 60620; by electronic mail on Mark Vajdik, Esq. as Terrell Prude's and Sharell Prude's personal attorney at attorneymav@gmail.com *overnight or hand delivery* and also by ~~first-class U.S. Mail and by Certified Mail Return Receipt Requested~~ to Terrell Prude at his home address of 3411 W. 12th Place,, Chicago, Illinois 60623 and to *overnight or hand delivery* Sharell Prude by ~~first-class U.S. Mail and Certified Mail Return Receipt Requested~~ to her home address of 4541 America Street, Orlando, Florida 32811; by electronic mail *and Jason Torres, Esq.* on Steven G. Schwartz, Esq. as Nathan McFarland's and personal attorney at *and jtorres@torreslawofficepc.com   overnight or hand delivery* sschwarz@faraci.com ∧ and also by ~~first-class U.S. Mail and by Certified Mail Return Receipt Requested~~ to Nathan McFarland at his home address of 321 N. Summit Avenue, Villa Park, IL 60181 shall constitute good and sufficient service.

*September 29,* 2020

Hon. John M. Owens
Monroe County Surrogate

SURROGATE'S COURT
MONROE COUNTY
SEP 29 2020
FILED