SURROGATE'S COURT OF THE STATE OF NEW YORK

COUNTY OF MONROE

---

ANCILLARY ADMINISTRATION PROCEEDING,　　**ORDER TO SHOW CAUSE**
ESTATE OF DANIEL PRUDE,
a domiciliary of the State of Illinois,　　File No. 2020-1616 /C

　　　　　　　　　　Deceased.

---

　　UPON the filing of the Petition of Nathaniel McFarland, filed on September 17, 2020 seeking, pursuant to SCPA § 711, the removal of Tameshay Prude as the Limited Administrator of the Estate of Daniel Prude and for the issuance of Ancillary Letters of Administration for the Estate of Daniel Prude to Nathaniel McFarland pursuant to SCPA Article 16, and further seeking the issuance of Temporary Letters of Administration to Nathaniel McFarland pending the appointment of an Estate Administrator in Cook County, Illinois, it is hereby

　　**ORDERED** that Tameshay Prude, show cause before his Court on _October_, _8_, 2020, at _9:30_ am/pm why an Order and Decree not be issued pursuant to SCPA §711 revoking her appointment as Limited Administrator of the Estate of Daniel Prude; and it is further

　　**ORDERED** that pending the outcome of the hearing on the date and time above and further Order of this Court, Tameshay Prude is enjoined from taking any further actions on behalf of the Estate as its representative, specifically including any further action with regard to the proceeding filed in the United States District Court for the Western District of New York in her name on behalf of the Estate of Daniel Prude, other than to voluntarily dismiss that action, without prejudice, pursuant to F.R.Civ.P. 41(a)(1)(A) and it is further,

　　**ORDERED** that a copy of this Order as well as the above referenced Petition of Nathaniel McFarland, with supporting exhibits, be served at least _3_ days prior to the hearing

date set forth above by overnight or hand delivery on Tameshay Prude, at her home address of 8102 South Loomis Blvd., Apt. 1, Chicago, IL, 60620, her attorneys, Elliott Shields Esq., and Donald M. Thompson, Esq. at their office addresses, the other four distributees listed in the McFarland Petition at the addresses listed and the attorney for ~~Ferrell~~ *Junera* Prude and ~~Sharell~~ *Tashyra* Prude, David Stern, Esq. at his office address and it is further,

**ORDERED**, that an affidavit of compliance with the service requirements set forth above be filed with this Court no later than _2_ days before the hearing date set forth above.

Dated: September 29, 2020

_____
JOHN M. OWENS
Monroe County Surrogate

FILED SEP 29
SURROGATE'S COURT
MONROE COUNTY