At a Surrogate's Court of the State of
New York held in and for the County
of Monroe, at Rochester, New York

Present: Hon. John M. Owens, Surrogate
-----------------------------------------------------------------------X
Ancillary Administration Proceeding,
Estate of

**DANIEL PRUDE,**

A domiciliary of the State of Illinois,
　　　　　　　　　　　　　　　　　　Deceased.
-----------------------------------------------------------------------X

**ORDER SUSPENDING
LETTERS OF ADMINISTRATION**

File No. 2020-1616

2020-1616/B
2020-1616/C

　　Upon reading and filing the verified Petition of Nathaniel McFarland, praying that Tameshay Prude be removed as Administrator pursuant to SCPA §711; and the verified Petition of Junera Prude and Tashyra Prude seeking similar relief, and the responding papers filed on behalf of Tameshay Prude, and due consideration having been had,

　　IT IS ORDERED that the Letters of Administration with Limitations issued to Tameshay Prude by this Court on August 24, 2020 be suspended pending further Order of this Court.

Dated: _October 20_, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　John M. Owens
　　　　　　　　　　　　　　　　　　　　　　　Surrogate